**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY SHYNE, | ) | NO. ED CV 16-1295-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBBIE ASUNCION, (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 10/20/2016

s/ RONALD S.W. LEW

RONALD S.W. LEW

UNITED STATES DISTRICT JUDGE